3:11-CV-1130-J-34JRK

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2011-CA-008047

DIVISION: CV-C

PATRICK P. SPETH, an individual,

    Plaintiff,

vs.

U.S. XPRESS, INC., a foreign
corporation; and SMITH & SON
SEAFOOD, INC.; a foreign corporation;

    Defendants.



## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, by and through undersigned counsel, files this Complaint against the Defendants and allege as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages in excess of $15,000.00.

2. That at all times material hereto, the Plaintiff, Patrick P. Speth, was a resident of Jacksonville, Duval County, Florida.

3. At all times material hereto, the U.S. Xpress, Inc., was a foreign corporation with its principal address at 4080 Jenkins Road, Chattanooga, Tennessee.

4. At all times material hereto, the Defendant, Smith & Son Seafood, Inc., was a foreign corporation with its principal place of business in Darien, Georgia.

5. That the collision giving rise to this litigation occurred on January 17, 2011 at approximately 6:50 p.m., on I-95 Northbound, Duval County, Florida.

6. That on January, 17, 2011, Cyrus Blaylee Tarlue, while in the course and scope of his employment with Defendant, U.S. Xpress, Inc., was operating a tractor trailer owned by said Defendant with its permission and consent.

7. That as employer of Cyrus Blaylee Tarlue, Defendant U.S. Xpress, Inc., is liable for his negligent acts while in the course and scope of his employment.

8. That at all times material hereto Cyrus Blaylee Tarlue had a duty to operate the tractor trailer with reasonable care for other motorists such as the Plaintiff.

9. That Cyrus Blaylee Tarlue negligently breached that duty when he collided with the side of Plaintiff's vehicle while making a lane change.

10. That on January 17, 2011, William Joseph Williamson was operating a vehicle owned by Smith & Son Seafood, Inc., while in the course and scope of his employment with Defendant, Smith & Son Seafood, Inc.

11. That as employer of William Joseph Williamson, the Defendant Smith & Son Seafood, Inc., is liable for his negligent acts while in the course and scope of his employment.

12. That at all times material hereto William Joseph Williamson, had a duty to operate the vehicle with reasonable care for other motorists such as the Plaintiff.

13. That William Joseph Williams, negligently breached that duty when he collided with the Plaintiff's vehicle.

## COUNT 1

Plaintiff, Patrick P. Speth realleges paragraphs one through three and give through nine as if stated herein and further alleges:

14. That on or about January 27, 2011, Cyrus Blaylee Tarlue while in the course and scope of his employment with U.S. Xpress, Inc, negligently operated a truck tractor by changing lanes and colliding with Plaintiff's vehicle.

15. As a direct and proximate result of the aforesaid negligence Plaintiff, Patrick P. Speth suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff, Patrick P. Speth, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, Patrick P. Speth, demands judgment for damages and costs against Defendant, U.S. Xpress Leasing of Tennessee, Inc. and a trial by jury of all issues herein.

## COUNT II

Plaintiff, Patrick P. Speth, realleges paragraphs one, two, four, five and ten through thirteen as if stated herein and further alleges:

16. At the date and time specified above, William Joseph Williamson, negligently operated a motor vehicle while in the course and scope of his employment with Smith & Son Seafood, Inc. with its knowledge and consent causing the subject collision.

17. As a direct and proximate result of the negligence of the Defendant, Smith & Son Seafood, Inc., Plaintiff, Patrick P. Speth suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff, Patrick P. Speth, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, Patrick P. Speth, demands judgment for damages and costs against Defendant, Smith & Son Seafood, Inc., and a trial by jury of all issues herein.

FARAH & FARAH, P.A.

_____
Brian M. Flaherty, Esq.
Florida Bar No.: 435090
10 West Adams, Suite 300
Jacksonville, FL 32202
Telephone (904) 358-8888
Facsimile (904) 358-2424
Attorney for Plaintiff